# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## Case Number 3:19-CV-00012-GCM

| | |
|---|---|
| Karen Vaughn<br>Paige L. Pahlke<br>**Plaintiff** | |
| vs. | **ENTRY OF DEFAULT** |
| Scott Bates, et al<br>**Defendant** | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default against James Paul Blair.

IT APPEARING TO THE COURT that the name James Paul Blair is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant James Paul Blair.

Signed: March 7, 2019

Frank G. Johns, Clerk
United States District Court