**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
_____ DIVISION
CIVIL CASE NO. _____**

|  |  |  |
|---|---|---|
| **Plaintiff(s),** | ) ) ) ) ) | |
| vs. | ) | **DESIGNATION OF MEDIATOR** |
| **Defendant(s).** | ) ) ) ) ) | |

Pursuant to the Pretrial Order and Case Management Plan entered _____, counsel for Plaintiff(s)/Defendant(s), on behalf of all parties, submit this report stating the identity of the mediator upon whom the parties have agreed. The parties agree upon and have selected the following individual to serve as mediator in the above-captioned case:

_____
_____
_____

Respectfully submitted this \_\_\_ day of _____, \_\_\_\_\_.