**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:19-CV-00012**

| | |
|---|---|
| JANE DOE,<br><br>By and through her Guardian *ad litem*, PAIGE L. PAHLKE;<br><br>And<br><br>KAREN VAUGHN, Individually,<br><br>              Plaintiffs,<br><br>vs.<br><br>JAMES PAUL BLAIR, in his individual capacity and in his official capacity as an officer of the Lowell Police Department;<br><br>SCOTT BATES, in his official capacity as the Chief of the Lowell Police Department;<br><br>THE CITY OF LOWELL, a North Carolina Municipality,<br><br>              Defendants. | **STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS SCOTT BATES AND THE CITY OF LOWELL** |

**COME NOW,** the parties jointly, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that Plaintiff's claims against Defendants Scott Bates and The City of Lowell are hereby dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted, this the 12th day of February, 2020.

/s/ Paul A. Tharp
Paul A. Tharp
N.C. Bar No.: 34244
ARNOLD & SMITH, PLLC
The Historic John Price Carr House
200 North McDowell Street
Charlotte, North Carolina 28204
Telephone:     704.370.2828
Facsimile:     704.370.2202
Email:          Paul.Tharp@arnoldsmithlaw.com
*Attorney for Plaintiffs*

/s/ Scott D. MacLatchie
Scott D. MacLatchie
Hall Booth Smith, P.C.
13024 Ballantyne Corporate Place, Suite 625
Charlotte, NC 28277
Email:          SMacLatchie@hallboothsmith.com
*Attorney for Defendants Bates and City of Lowell*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2020, I electronically filed on behalf of Plaintiffs, the foregoing **STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS SCOTT BATES AND THE CITY OF LOWELL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following registered CM/ECF users or by depositing said document(s) in an envelope addressed as indicated with proper postage attached thereto and depositing same in the United States Mail:

Scott D. MacLatchie
Hall Booth Smith, P.C.
13024 Ballantyne Corporate Place, Suite 625
Charlotte, NC 28277
*Attorney for Defendants Bates and City of Lowell*

James Paul Blair
Offender Number: 1538496
Pamlico Correctional Institution
601 3rd Street
Bayboro, NC 28515

This the 12th day of February, 2020.

s/Paul A. Tharp
N.C. State Bar No.: 34244
*Attorney for Plaintiffs*
ARNOLD & SMITH, PLLC
The Historic John Price Carr House
200 North McDowell Street
Charlotte, NC 28204
Telephone: (704) 370-2828
Facsimile: (704) 270-2202
E-mail: Paul.Tharp@arnoldsmithlaw.com